IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                        CASE NO.: 4:02cr45-SPM-2

DARRON MARSHALL,

      Defendant.
_____/

## **ORDER**

      THIS CAUSE comes before the Court on the Defendant's letter (doc. 407) requesting "a possible Booker review" of the Defendant's case. First, pursuant to Northern District of Florida Local Rule 7.1(F)(1), represented parties shall not present letter motions for relief to the Court. Additionally, although the Defendant was sentenced in this matter in 2004, no habeas petition is pending and none was ever filed on his behalf. Moreover, it is clearly established in this Circuit that the constitutional principle articulated in United States v. Booker, 543 U.S. 220 (2005), does not apply retroactively on collateral review. Varela v. United States, 400 F.3d 864, 868 (11th Cir. 2005). Accordingly, it is hereby ORDERED AND ADJUDGED that the Defendant's letter motion (doc. 407) is DENIED.

      DONE AND ORDERED this seventh day of July, 2011.

                                                  *s/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  Senior United States District Judge